STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

**FILED**

Oct 28 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN MANUEL CUELLAR HUERTA, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | CASE NO. 3:21-cv-4278-TSH <br><br> **STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** <br><br> Hon. Thomas S. Hixson |

    The parties, through their undersigned attorneys, respectfully request the Court to continue the stay of proceedings in this case for a limited time, until November 5, 2021. At that time, the parties may request dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. The parties need the additional time to continue working on an administrative resolution that may render further litigation of this case unnecessary.[1]

Dated: October 27, 2021            Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                       Acting United States Attorney

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1

|   |   |
|---|---|
| | */s/ Elizabeth D. Kurlan* |
| | ELIZABETH D. KURLAN |
| | Assistant United States Attorney |
| | Attorneys for Defendants |

Dated: October 27, 2021

*/s/ Aubra Fletcher*
AUBRA C. FLETCHER

MARY BETH KAUFMAN
Law Office of Stanton and Kaufman
Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The stay of proceedings in this case is continued until November 5, 2021.

Date: October 28, 2021

THOMAS S. HIXSON
United States Magistrate Judge

2